UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PHH MORTGAGE CORPORATION,

            Plaintiff,

v.

MEIR HEIMLICH et al.,

           Defendant.

-----------------------------------------------------------x

**ORDER OF DISMISSAL**

25-CV-02787 (PMH)

PHILIP M. HALPERN, United States District Judge:

On April 25, 2025, PHH Mortgage Corporation ("Plaintiff") commenced the instant action against Meir Heimlich. ("Defendant"). (Doc. 8). On April 29, 2025, the Clerk of Court issued a summons to Defendant. (Doc. 14). Since then, there has been no subsequent, substantive action in this case.

On August 1, 2025, the Court issued an Order warning Plaintiff that this action will be dismissed without prejudice, pursuant to Fed. R. Civ. P. 4(m), unless, on or before August 8, 2025, Plaintiff filed proof of service indicating that Defendant was served on or before March 25, 2025, or showed cause in writing for its failure to comply with Rule 4(m). (Doc. 15).

To date, Plaintiff has failed to respond to the August 1 Order. Accordingly, this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

The Clerk of Court is instructed to close this case.

SO ORDERED:

Dated: White Plains, New York
       August 21, 2025

_____
Philip M. Halpern
United States District Judge